UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 05-20467-CIV-COOKE

CAMILLE R. METELLUS,

    Plaintiff,

vs.

HOLLYKINS INC.

    Defendant.
_____/

**CLOSED CIVIL CASE**

FILED by _JMn_ D.C.
MGC
JAN 17 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER has come before the Court on the Joint Notice of Settlement and Dismissal with Prejudice dated January 13, 2006, filed on behalf of both parties. Based upon the Joint Notice, and the Court being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that this action is dismissed with prejudice with each party to bear their own attorney's fees and costs. The Court will retain jurisdiction to enforce the terms of the parties' settlement.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida on this _17_ day of January 2006.

                                    HONORABLE MARCIA G. COOKE
                                    UNITED STATES DISTRICT JUDGE

*Conformed copies furnished to:*
The Honorable Magistrate Judge Stephen T. Brown
Neil Flaxman, Esquire (Fax 305-443-0279)
Douglas T. Marx, Esquire (Fax 954-467-6222)

Labor\Metellus, Camille\Order of dismissal with prejudice 1-16-06

