FILED by ___SW___ D.C.
ELECTRONIC

Jan 13 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 05-20467-CIV-COOKE

CAMILLE R. METELLUS,

    Plaintiff,

vs.

HOLLYKINS INC.

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

Plaintiff, CAMILLE R. METELLUS, and Defendant, HOLLYKINS II LIMITED PARTNERSHIP, by and through their respective undersigned counsel, pursuant to Federal Rule Civil Procedure 41(a), and in accordance with the Court's Order Setting Civil Jury Trial Date and Pretrial Deadlines and Order Referring to Magistrate dated June 24, 2005 (and Paragraph 8 relating to Settlement), respectfully give notice that the case has been fully settled and resolved.

The parties further give notice of dismissal of this case with prejudice with the Court to retain jurisdiction to enforce the parties' settlement.  Each party shall bear their own respective fees and costs.  A proposed Order of Dismissal is submitted.

Respectfully submitted on this **13th** day of January, 2006.

| | |
|---|---|
| **NEIL FLAXMAN, P.A.**<br>*Attorney for Plaintiff*<br>550 Biltmore Way, Suite 780<br>Coral Gables, FL 33134<br>Tel:  305-445-1388<br>Fax: 305-443-0279<br>Email: flaxlex@bellsouth.net<br><br>By:__s/*Neil Flaxman*_____<br>   Neil Flaxman, Esq.<br>   Florida Bar No. 0205299 | **WALDMAN FELUREN HILDEBRANDT**<br>   **& TRIGOBOFF, P.A.**<br>*Attorneys for Defendants*<br>2200 North Commerce Parkway, Suite 202<br>Weston, FL  33326<br>Tel: 954-467-8600<br>Fax: 954-467-6222<br><br>By:___s/*Douglas T. Marx*_____<br>   Douglas T. Marx, Esq.<br>   Florida Bar No. 0374113 |

|  |  |
|  |  |

2